IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 3:13-cr-30200-MJR |
| ) | |
| HARRY ADAM HALTER, JR., ) | Title 18, United States Code, §1343 |
| ) | Title 26, United States Code, § 7201 |
| Defendant. ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY, CHARGES:**

### Background:

1. Tax Increment Financing (hereinafter, TIF) is a form of government spending that permits local governments to invest money into private developments occurring within identified "blighted" geographical areas (designated as TIF districts).

2. The grants that are issued with TIF funds are paid by local government debt that is financed by the anticipated tax revenues that are expected to be generated as a result of the new development. Alternatively stated, TIF expenditures are paid for through government debt that relies on the TIF-supported development to improve property values and increase the tax base to create new tax revenues in the future that will be used to repay the debt.

3. For this reason, it is essential for the long-term solvency of a TIF district that TIF grants actually be spent to improve the property within the TIF district. Without property development that increases the tax base, there is no new revenue to repay the debt created by the TIF grant.

## The Scheme To Defraud:

4. Harry Halter has owned and operated Town and Country Towing, located at 4975 Bond Avenue, Alorton, Illinois, as a sole proprietorship since approximately 1980. This business offers automotive repair and towing services. As the owner of Town and Country Towing, Halter had the authority to control the business' financial affairs.

5. On December 2, 2008, **HARRY A. HALTER JR.** completed and signed an application for TIF funding from the Village of Alorton, Illinois. In that application, **HALTER** sought $25,000 purportedly for the construction of a new fence to surround the perimeter of the property of Town & Country Towing, located at 4975 Bond Avenue, Alorton, Illinois.

6. According to **HALTER's** TIF application, construction on the fencing was scheduled to begin on January 5, 2009, and be completed by February 15, 2009.

7. The Village of Alorton approved **HALTER's** TIF application, and on January 29, 2009, the village issued a check in the amount of $24,990 for the construction of 750 linear feet of fencing around Town & Country Towing. On February 2, 2009, that $24,990 check was deposited into Region's Bank account 690129****, owned by "Harry A. Halter, DBA Town & Country Towing." The transfer of funds from the Village of Alorton to Town & Country Towing involved a foreseeable interstate wire transmission that involved interstate banking channels.

8. On January 31, 2009, the balance for the Town & Country Towing account was negative $(-58.45), prior to the deposit of Alorton TIF funds. However, **HALTER** did not use the TIF funds as intended; rather, he misapplied funds to pay for personal and unrelated business expenses thereby converting those funds for his personal gain and personal enrichment.

9. In the time period beginning January 1, 2009, through March 31, 2009, **HALTER** spent $5,932.38 of the TIF funds on materials related to the construction of the fence. However, rather than using the remaining $19,057.62 as intended, **HALTER** converted those funds to pay personal

2

expenses and business expenses unrelated to the construction of the fence, such as checks to pay personal credit cards and checks to pay Kinkaid Village Marina for personal recreational boating expenses.

### Tax Matters:

10. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury, responsible for administering and enforcing the tax laws of the United States.

11. Title 26 of the United States Code contains the Internal Revenue Code, which establishes the federal laws for the taxation of income. Under the Internal Revenue Code, income is taxable to the person who earned it. These laws require individuals, sole proprietorships, partnerships, and corporations to accurately and truly report income to the IRS on income tax returns.

12. Title 26, United States Code, Section 6012, provides generally that every individual must file a federal income tax return if the individual has gross income for the taxable year that equals or exceeds the exemption amount plus the basic standard deduction applicable to such an individual.

13. Self-employed individuals, sole-proprietors, independent contractors and persons who have net earnings of $400 or more are required to pay self-employment tax.

### Town and Country Towing:

14. During the times relevant to this Information, Halter was the owner of Town and Country Towing, who also maintained other employment. Halter was a commissioned police officer for the Village of Alorton and carried the title of Director of Public Safety. Halter also worked as a part-time police officer for Fairmont City, Illinois. Halter has also held a paid position as a trustee of the Commonfields of Cahokia Public Water District from approximately 2007-2011. Each year, Halter earned sufficient income to require him to complete an individual income tax return.

3

15. Halter hired a number of full-time and part-time employees to work at Town and Country Towing, such as tow truck drivers, office personnel, and mechanics.

16. Halter did not pay his employees through traditional means, *i.e.*, a paycheck in the amount of wages less applicable withholdings. Rather, Halter's employees utilized time cards to record the number of hours that they worked and then those employees were paid an hourly rate in cash. Applicable federal payroll taxes were not calculated, withheld from the employee, or reported and paid to the Internal Revenue Service.

17. Halter owned Region's Bank account 690129****, in the name of "Harry A. Halter, DBA Town & Country Towing." Halter deposited personal income into his business checking account and he paid personal and household expenses with funds from that business account.

## COUNT 1
### WIRE FRAUD

Paragraphs 1 through 17 are incorporated and re-alleged as part of Count 1.

On or about February 2, 2009, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**HARRY ADAM HALTER, JR.,**

defendant herein, for the purpose of executing and attempting to execute the scheme and artifice to defraud and for obtaining money by means of materially false and fraudulent pretenses, representations, and promises, knowingly caused to be transmitted the following interstate wire communication: a wire transfer of funds through interstate banking channels, from the Village of Alorton, in the amount of $24,990 into Region's Bank account 690129****, owned by "Harry A. Halter, DBA Town & Country Towing."

All in violation of Title 18, United States Code, Sections 1343.

## COUNT 2
### TAX EVASION

Paragraphs 1-17 are hereby incorporated and re-alleged in Count 1.

During the calendar year 2010, **HARRY A. HALTER, JR.**, a resident of Cahokia, St. Clair County, Illinois, had and received taxable income in the sum of $184,064. Upon that taxable income, there was owing to the United States of America an income tax of $36,813. Well knowing and believing the foregoing facts, and failing to make an income tax return on or before April 15, 2011, as required by law, to any proper officer of the Internal Revenue Service, and pay to the Internal Revenue Service the income tax, **HARRY A. HALTER, JR.**, in the Southern District of Illinois, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for the calendar year 2010, by: depositing personal income into his business checking account, by paying personal and household expenses through his business account, by conducting transactions through the extensive use of cash, by not accurate keeping business records reflecting his true income, and by paying his employees in cash and not reporting their wages to the Internal Revenue Service, and other acts of concealing and attempting to conceal from all proper officers of the United States of America his true income.

All in violation of Title 26, United States Code, Section 7201.

UNITED STATES OF AMERICA

STEPHEN R. WIGGINTON
United States Attorney

STEVEN D. WEINHOEFT
Assistant United States Attorney

STEVEN R. WIGGINTON
United States Attorney

RECOMMENDED BOND: $10,000 (unsecured)

5